UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAYLOR WADE,

        Plaintiff,

                      Case No. 21-10552

v.

                      HON. GEORGE CARAM STEEH

UNITED STATES OF AMERICA,

        Defendant.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 31)
AND GRANTING IN PART AND DENYING IN PART DEFENDANT'S
RENEWED MOTION FOR SUMMARY JUDGMENT (ECF NO. 27)

On May 4, 2023, Magistrate Judge Elizabeth Stafford issued a report and recommendation to grant in part and deny in part defendant's renewed motion for summary judgment. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Upon review of the report and recommendation to grant the government's motion for summary judgment as to plaintiff's claim for

economic damages under Michigan's No-Fault Act but deny the motion as to plaintiff's claim for noneconomic damages, and having received no objection, the court agrees with Magistrate Judge Stafford's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Stafford's report and recommendation (ECF No. 31) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that defendant's motion for summary judgment (ECF No. 27) is GRANTED IN PART AND DENIED IN PART.

Dated: April 4, 2023

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 24, 2023, by electronic and/or ordinary mail.

s/Michael Lang
Deputy Clerk